# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RIZZI,<br>　　　　Plaintiff(s),<br>v.<br>CHRISTOPHER PALMS, LLC,<br>　　　　Defendant(s). | Case No. 2:23-cv-01858-RFB-NJK<br>**ORDER**<br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on November 8, 2023. Docket No. 1. The application is largely blank. Instead, Plaintiff indicates that a similar application was approved in another case, and he attests that he will soon be homeless. *Id.* at 5. In the other case, however, Plaintiff paid the filing fee shortly before filing this case. *See Rizzi v. Keller Williams*, No. 2:23-cv-01721-GMN-DJA, Docket No. 8 (D. Nev. Oct. 20, 2023). Moreover, the judges in the other case have not found that Plaintiff qualifies to proceed *in forma pauperis*. *See id.*, Docket No. 16 (D. Nev. Dec. 11, 2023) (denying application to proceed *in forma pauperis* as moot given payment of filing fee).[1] Accordingly, Plaintiff's application is **DENIED** without prejudice as incomplete.

IT IS FURTHER ORDERED THAT:

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an amended application to proceed *in forma pauperis* that is completed in full.

2. The Clerk shall send Plaintiff a blank application form for non-inmates.

---

[1] Even if Plaintiff had been found to qualify to proceed *in forma pauperis* in another case, such a circumstance would not exempt him from showing that he qualifies in this case.

3.     Plaintiff must comply with this order no later than January 5, 2024. **Failure to comply will result in this case being dismissed.**

IT IS SO ORDERED.

Dated: December 12, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge